OPINION — AG — (1) BONA FIDE CAMPAIGN CONTRIBUTIONS OF LAWFUL AMOUNT MAY BE MADE WITHIN THE SPECIFIED IN 17 O.S. 1971 177 [17-177] TO CANDIDATES FOR THE OFFICE OF CORPORATION COMMISSIONER BY EXECUTIVES OF COMPANIES SUBJECT TO REGULATION BY THE CORPORATION COMMISSION. WHETHER A PARTICULAR GIFT OF MONEY OR OTHER THING OR VALUE TO SUCH A CANDIDATE CONSTITUTES A BONA FIDE CONTRIBUTION DEPENDS UPON THE SPECIFIC FACTS AND CIRCUMSTANCES INVOLVED. (2) THE CORPORATION COMMISSION IS AUTHORIZED BY 17 O.S. 1971 162 [17-162] TO UTILIZED REFEREES TO PRESIDE OVER, AND RECEIVE THE EVIDENCE AT, UTILITY HEARINGS. CITE: ARTICLE IX, SECTION 40, 17 O.S. 1971 177 [17-177], 26 O.S. 1976 Supp., 15-101 [26-15-101], 26 O.S. 1976 Supp., 15-102(3) [26-15-102], 26 O.S. 1976 Supp., 15-108 [26-15-108], 26 O.S. 1976 Supp., 15-110 [26-15-110], 74 O.S. 1971 1401 [74-1401], 74 O.S. 1971 1403 [74-1403](B), 74 O.S. 1971 1404 [74-1404](A), OPINION NO. 78-188 (BRENT S. HAYNIE)